UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUKADIEN MOULTRIE,<br><br>                              Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF CORRECTIONS, A.M.K.C.,<br><br>                              Defendant. | 21-CV-3935 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 7, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims under 42 U.S.C. § 1983 are dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), and the Court declines to exercise supplemental jurisdiction of Plaintiff's state law claims.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 7, 2021
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge